# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **WINCHESTER GLEN WISEMAN,** **Defendant.** | CR 22-13-GF-BMM **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The defendant appeared before the Court on September 14, 2022 and entered a plea of guilty to the superseding information. He also admitted the forfeiture allegation in the superseding information. Pursuant to the plea agreement in this case, he agreed to forfeit certain property, specifically including (a) A Glock Model 42, .380 caliber pistol serial number AAYP037, and assorted .380 caliber ammunition, (b) $4,570 in United States currency seized on or about July 22, 2021.

His signed, written plea agreement, together with the offer of proof in this case, provide a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853(a) and 881(a)(11).

1

IT IS ORDERED:

THAT the defendant's interest in the following property is forfeited to the United States in accordance with those provisions:

- A Glock Model 42, .380 caliber pistol serial number AAYP037, and assorted .380 caliber ammunition,
- $4,570 in United States currency seized on or about July 22, 2021.

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1), 853(n)(1), and 881(a)(11), and to make its return to this Court that such action has been completed; and

//

//

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 25th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court